MINUTE ENTRY
MOORE, M.J.
AUGUST 22, 2005                 UNITED STATES DISTRICT COURT
                                EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                        CRIMINAL ACTION

VERSUS                                          NO. **00-348**

CAVILL TILLMAN                                  SECTION "J"

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  _X_ / DEFENDANT WITH/WITHOUT COUNSEL _____ _Juan Masini for_
              _X_ / ASST. U. S. ATTORNEY _MICHAEL MAGNER_
              _X_ / PROBATION OFFICER _JEFFREY HURM_ _Brian Bord_
              ___ / INTERPRETER,_____, SWORN  (TIME: _____.M. TO _____.M.)

_X_ / DEFENDANT WAS ADVISED OF HIS RIGHTS

_X_ / READING OF PETITION/RULE TO REVOKE: READ  SUMMARIZED  WAIVED

___ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

_X_ / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
_X_ / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
___ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
___ / BOND SET AT _____

_____
_X_ / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
___ / DEFENDANT RELEASED ON BOND
___ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

_____
_X_ / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
_____ _September 1, 2005 at 2:00 p.m._
_X_ / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
_____ _August 24, 2005 at 2:00 p.m._
_X_ / **RULE TO REVOKE SUPERVISED RELEASE WILL BE SET**
     **BEFORE UNITED STATES DISTRICT JUDGE CARL BARBIER**

MJSTAR:  : _10_

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____