# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

CAVILL TILLMAN

WARRANT FOR ARREST

CASE NUMBER: CA, 00-348, J

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **CAVILL TILLMAN**, 1220 N. Robertson, Apt. B, New Orleans, LA 70116 and bring him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) Indictment    ( ) Information    ( ) Complaint    ( ) Order of Court    ( ) Probation Violation Petition    (X) Supervised Release Violation Petition    ( ) Violation Notice

charging him or her with VIOLATIONS OF SUPERVISED RELEASE

---

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

Signature of Issuing Officer
_Stephanie Kall_
(By) Deputy Clerk

**June 17, 2004   New Orleans, Louisiana**
Date and Location

Bail fixed at $_____    by _____
Name of Judicial Officer

Fee _____
___ Process _____
X Dktd _____
___ CtRmDsp _____
___ Doc No. _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ CBD from OPP 8/19/05 |

| DATE RECEIVED 06-17-05 | NAME AND TITLE OF ARRESTING OFFICER Brian W. Fair DUSM | SIGNATURE OF ARRESTING OFFICER BWF |
| DATE OF ARREST 08-19-05 | | |

CBD from OPP 8/19/05