


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| versus | * | CRIMINAL NO. 00-348 |
| CAVILL TILLMAN | * | SECTION: "J" |

\* \* \*

### RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, by and through the undesigned Assistant United States Attorney, and respectfully represents the following:

1.

On January 10, 2001, the defendant, Cavill Tillman, pled guilty to violating Title 18, United States Code, Section 922(g) and 922(a)(2) before this Honorable Court.

2.

On April 11, 2001, defendant was sentenced to thirty-seven months custody with the Bureau of Prisons, to be followed by a three year term of supervised release.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

3.

In addition to the normal mandatory conditions of supervised release, this Court ordered three special conditions, i.e. drug treatment, orientation and life skills, and completion of a GED program. On July 18, 2003, Defendant Tillman was released from the custody of the Bureau of Prisons and began his period of supervised release.

4.

The defendant has violated the conditions of his supervised release in the following respect:

a. Mr. Tillman has not reported to the probation officer as required and has not submitted his monthly supervision reports in a timely manner.

b. Mr. Tillman moved without notifying his probation officer at least ten days prior to any change in residence.

c. Mr. Tillman has not attended the drug treatment program at Family Service of Greater New Orleans.

d. On May 19, 2004, Mr. Tillman tested positive for cocaine.

e. Mr. Tillman was arrested on May 20, 2004, by personnel of the New Orleans Police Department and charged with possession of cocaine, possession of crack, and possession of a firearm with a narcotic.

5.

Defendant was previously scheduled for a Preliminary Examination on September 1, 2005. Due to the widespread damage caused by Hurricane Katrina on August 29, 2005, much of the Eastern District has been displaced and many citizens have been and continue to be subject to mandatory evacuation orders. The United States District Court for the Eastern District of Louisiana

sitting in New Orleans has been closed for approximately thirty (30) days and will remain closed indefinitely. Upon information and belief, the City of New Orleans has not yet been able to provide potable water or sewerage service in the Central Business District where the Courthouse is located. Although some Court business is being handled in Baton Rouge and Houma, Louisiana, this has involved pressing criminal matters involving newly arrested criminal defendants in custody.

6.

Accordingly, the Government requests that a formal hearing on the Rule to Revoke Supervised Release be scheduled at a reasonable time under the circumstances.

**WHEREFORE,** the Government prays that the defendant, Cavill Tillman, be brought before this Court and a copy of this rule be served upon him, and that he be ordered to show cause, if any he can, why his supervised release should not be revoked.

JIM LETTEN
UNITED STATES OF AMERICA

_____
MICHAEL W. MAGNER
Assistant United States Attorney
Louisiana Bar Roll No. 1206
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Facsimile: (225) 389-0561