UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| versus | * | CRIMINAL NO. 00-348 |
| CAVILL TILLMAN | * | SECTION: "J" |
| | * * * | |

## ORDER

Considering the foregoing Rule to Revoke Supervised Release and the facts set forth therein,

**IT IS HEREBY ORDERED** that the defendant, Cavill Tillman, be brought before this Court, a copy of this rule be served upon him, and that he show cause, if any, on the 9th day of November, 2005 at 1:30 p.m. at the U.S. District Courthouse, Lafayette, La., why his supervised release should not be revoked.

Lafayette, ~~Baton Rouge~~, Louisiana, this 4th day of ~~September~~ October, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
X Dktd _____
✓ CtRmDep _____
___ Doc. No. _____