U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 26  AM 10: 49

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-348 |
| v. | * | SECTION: "J" |
| CAVILL TILLMAN | * | |

\* \* \*

**MOTION AND INCORPORATED MEMORANDUM TO SUBSTITUTE COUNSEL**

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respect-fully requests that this Court enter an order allowing Duane A. Evans be substituted for Lynda Van Davis, who is no longer an Assistant United States Attorney, as counsel of record for the United States.

1

\_\_ Fee\_\_\_\_
\_\_ Process\_\_\_\_
X Dktd\_\_\_\_
✓ CtRmDep\_\_\_\_
\_\_ Doc. No.\_\_\_\_

**WHEREFORE** undersigned counsel respectfully requests that he be substituted for Lynda Van Davis as counsel of record for the United States of America.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
DUANE A. EVANS
La. Bar Roll No. 24086
Assistant United States Attorney
500 Poydras Street, Room 210-B
New Orleans, Louisiana 70130
Telephone: (504) 680-3069

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel for all parties by hand delivery or by mailing same to each, properly addressed and postage prepaid this 26th day of August, 2005.

_____
Duane A. Evans
Assistant United States Attorney

2