UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

00-348

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-348 |
| --- | --- | --- |
| v. | * | SECTION: "J" |
| CAVILL TILLMAN | * | |

\* \* \*

**ORDER**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  OCT 27 2005
LORETTA G. WHYTE
CLERK

Considering the foregoing,

**IT IS HEREBY ORDERED** that Duane A. Evans be substituted for Lynda Van Davis as counsel of record for the United States of America in the above-captioned case.

New Orleans, Louisiana, this ___ day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

3

___ Fee____
___ Process____
X  Dktd____
V  CtRmDep____
___ Doc. No.____