U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 26  AM 10: 48

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-348 |
| v. | * | SECTION: "J" |
| CAVILL TILLMAN | * | |

\* \* \*

### RULE TO REVOKE SUPERVISED RELEASE

NOW INTO COURT comes the United States of America, through undersigned Assistant United States Attorney, and respectfully represents:

Defendant, **CAVILL TILLMAN**, pled guilty in this matter on January 10, 2001, for a violation of Title 18, United States Code, Section 922(g) and 922(a)(2). **TILLMAN** received a thirty seven (37) month sentence along with three (3) years supervised release. (A copy of the Judgment and Probation/Commitment Order is attached as Exhibit 1.)

The terms and conditions of **TILLMANS'** supervised release is set forth in the Judgment as well as in the Petition for Warrant or Summons for Offender Under Supervision filed on June 17, 2004. (Attached as Exhibit 2.)

**TILLMAN** violated the terms and conditions of his supervised release in the manner set forth in Exhibits 1 and 2.

___ Fee ___
___ Process ___
X   Dktd ___
✓   CtRmDep ___
___ Doc. No. ___

**WHEREFORE,** the government prays that **TILLMAN** be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause before this Court why supervised release should not be revoked for his failure to abide by the terms of said supervised release.

                              Respectfully submitted,
                              JIM LETTEN
                              UNITED STATES ATTORNEY

                              _____
                              DUANE A. EVANS
                              Assistant United States Attorney
                              La. Bar Roll No. 24086
                              Hale Boggs Federal Building
                              500 Poydras Street, Second Floor
                              New Orleans, Louisiana 70130
                              Tel: (504) 680-3069

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon the Federal Public Defender's Office, counsel for defendant, by hand delivery, this 26th day of August, 2005.

_____
Assistant United States Attorney