

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA     *     CRIMINAL NO. 00-348

v.     *     SECTION: "J"

CAVILL TILLMAN     *

    *    *    *

### ORDER

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that **CAVILL TILLMAN** appear before this Court on the 4th day of November, 2005 at 1:30 o'clock a.m. to show cause why supervised release should not be revoked.

New Orleans, Louisiana, this 27 day of October, 2005.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

- 3 -