MINUTE ENTRY
BARBIER, J.
NOVEMBER 9, 2005
JS-10:  14 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-348 |
| CAVILL TILLMAN | SECTION: J |

| | |
|---|---|
| COURTROOM DEPUTY:<br>EILEEN STENSRUD | COURT REPORTER:<br>PAT RALPH |

WEDNESDAY, NOVEMBER 9, 2005   1:30 P.M.
JUDGE CARL J. BARBIER PRESIDING

### RULE TO REVOKE SUPERVISED RELEASE

Court begins at 1:46 p.m.
Case called.
All present and ready.
The defendant admitted guilt to the violation of a condition of his supervised release.
The defendant is sentenced (See Judgment).
The defendant is remanded.
Court adjourns at 2 p.m.

ATTORNEYS: Kevin Boitmann, AUSA, for government
           Gary V. Schwabe, Jr.,, Asst. FPD, for defendant

```
___Fee_____
___Process_____
X /Dktd_____
 / CtRmDep ___
   Doc.No.____
```