Case 2:00-cr-00348-CJB Document 26 Filed 11/14/2005 Page 1 of 2

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED NOV 14 2005
LORETTA G. WHYTE
Clerk

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __LOUISIANA__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For **Revocation** of Probation or Supervised Release) |
| CAVILL TILLMAN | Case Number: 00-348 SEC J |
| | USM Number: |
| | Defendant's Attorney: Gary V. Schwabe, Jr, Asst. FPD 500 Poydras St, New Orleans, LA 70130 |

**THE DEFENDANT:**

X  admitted guilt to violation of conditions of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| | Engaging in criminal activity | |
| | Failure to report to the probation officer | |
| | Failure to submit monthly supervision reports | |
| | Failure to notify probation officer of change of address | |
| | Testing positive for illegal drug | |
| | Failure to attend drug treatment program, as required | |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: November 19, 1979

Defendant's Residence Address: In custody

Defendant's Mailing Address:

NOVEMBER 9, 2005
Date of Imposition of Judgment

*(signature)*
Signature of Judge

CARL J. BARBIER, UNITED STATES DISTRICT JUDGE
Name and Title of Judge

November 14, 2005
Date

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.

Judgment — Page 2 of 2

DEFENDANT: CAVILL TILLMAN
CASE NUMBER: 00-348 SEC J

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

    9 MONTHS.

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL